E-FILED
Monday, 06 August, 2018  12:14:03 PM
Clerk, U.S. District Court, ILCD

FILED
JUL 16 2018
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

18-4037

# Amended Complaint

On December 15, 2017. I walked up to the Medication line with intentions of taking my Medication. "Michelle S. Medical technician." The medical technician is licensed to give proper medication. She "Michelle S." is not a psychologist or a Psych doctor. Only a psych doctor can take psychic medication away. She Michelle S. is employed privately by Mend correctional care. While I was in line Michelle S. gave me a dixie cup with a eight of the cup full that would be a finger nail deep. I recived my 5 medication and I adused I need more water because that was not enough for all 5 pills. I told her that I needed more water. She said no and adused

me to open my mouth. I followed the direct order. She said I was cheeking my meds even though I asked for more water. Before I opened my mouth, I stated one pill did not go down.

After she "defendet Michelle S." wrote me down as cheeking my medication. I broke movement and ran to the bathroom to aquire more water. Because I was choching on the pills.

The next day, I was advised by the defendent Michelle S. I was no longer getting my meds.

I wrote on the kios Machiene. That they can not stop my medication I've been taking for 1 1/2 without me having serious problems. I also had my

family look up the policy and or procedure. It stated that the next step would to crush my pills up like I asked and or told them Because of the seriousness of withdraws from my medication wich they new this as well.

When other med tech's came with meds, I was told Michelle S. stopped my Meds. So with doing so and with no regaurd for my health and the med tech's knows what could happen to be suddenly take off a narcotic "xannax" what symtoms could happen. Wich I advised the medical staff of wich, I was ignored numerous times. So the symtoms I did go threw due to withdraws could have been easly prevented

but "Michelle S." Just delibarly refussed medication and or mendical treatment.

I have suffered from withdrawal symptoms of nausea, sleepness, headaches, hallucinations, appetite loss, paranoia, depression, passive aggressiveness and a multitude of congitive thinking impairments.



See "Freece v. Young 756 F. Supp. 699, 705-04 (W.D.N.Y. 1991) Protected under Fourth Amendment."

It states that denial of medical care to an arrestee who has not been arraigned is governed under by the "Fourth Amendment."

Michael Dickerson
R43159 N2 150
Po Box 1000
Menard IL
62259

legal mail

Correspondence from IDOC inmate

LEGAL MAIL

United States District
Central District of Illinois
Office of Clerk Room 309
Federal Building
100 N.E. Monroe, Peoria IL